1  C. Brandon Wisoff (State Bar No. 121930)
   Eric D. Monek Anderson (State Bar No. 320934)
2  **Farella Braun + Martel LLP**
3  235 Montgomery Street, 17th Floor
   San Francisco, California 94104
4  Telephone: (415) 954-4400
   Facsimile: (415) 954-4480
5  Email: emonekanderson@fbm.com
   Email: bwisoff@fbm.com
6
7  Antony L. Ryan (*pro hac vice* application forthcoming)
   Kevin J. Orsini (*pro hac vice* application forthcoming)
8  Brittany L. Sukiennik (*pro hac vice* application forthcoming)
   **Cravath, Swaine & Moore LLP**
9  New York, NY 10019
   Telephone: (212) 474-1000
10 Facsimile: (212) 474-3700
   Email: aryan@cravath.com
11 Email: korsini@cravath.com
   Email: bsukiennik@cravath.com
12
13 Attorneys for Defendants Robinhood
   Financial LLC, Robinhood Securities,
14 LLC, Robinhood Markets, Inc.

15                    **UNITED STATES DISTRICT COURT**
16                    **NORTHERN DISTRICT OF CALIFORNIA**
17                         **SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAVID MOODY and JULIE MOODY, on behalf of themselves and on behalf of all others similarly situated | Case No.: 3:21-cv-00861-LB |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| vs. | The Hon. Laurel Beeler |
| ROBINHOOD FINANCIAL LLC; ROBINHOOD SECURITIES, LLC; CITADEL SECURITIES LLC; CITADEL ENTERPRISE AMERICAS LLC F/K/A CITADEL LLC, | |
| Defendants. | |

26
27
28

*NOTICE OF APPEARANCE*
Case No. 3:21-cv-00861-LB

TO THE HONORABLE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that C. Brandon Wisoff, of Farella Braun + Martel LLP, a limited liability partnership, hereby appears as counsel for Defendants Robinhood Markets, Inc., Robinhood Financial LLC and Robinhood Securities, LLC. I am a member of the State Bar of California and am admitted to practice in the Northern District of California. My address, telephone number and email are as follows:

>  C. Brandon Wisoff (State Bar No. 121930)
>  Farella Braun + Martel LLP
>  235 Montgomery Street, 17th Floor
>  San Francisco, California 94104
>  Telephone: (415) 954-4400
>  Facsimile: (415) 954-4480
>  bwisoff@fbm.com

I hereby request that copies of all pleadings and papers filed in connection with the above-captioned action be served upon me.

Dated: March 9, 2021                    FARELLA BRAUN + MARTEL LLP

                                        By: /s/ C. Brandon Wisoff
                                            C. Brandon Wisoff

                                        Attorneys for Defendants
                                        ROBINHOOD FINANCIAL LLC, et al.