C. Brandon Wisoff (State Bar No. 121930)
Eric D. Monek Anderson (State Bar No. 320934)
**Farella Braun + Martel LLP**
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
Email:   emonekanderson@fbm.com
Email:   bwisoff@fbm.com

Antony L. Ryan (*pro hac vice* application forthcoming)
Kevin J. Orsini (*pro hac vice* application forthcoming)
Brittany L. Sukiennik (*pro hac vice* application forthcoming)
**Cravath, Swaine & Moore LLP**
New York, NY 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
Email:   aryan@cravath.com
Email:   korsini@cravath.com
Email:   bsukiennik@cravath.com

Attorneys for Defendants Robinhood
Financial LLC, Robinhood Securities,
LLC, Robinhood Markets, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAVID MOODY and JULIE MOODY, on behalf of themselves and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>ROBINHOOD FINANCIAL LLC; ROBINHOOD SECURITIES, LLC; CITADEL SECURITIES LLC; CITADEL ENTERPRISE AMERICAS LLC F/K/A CITADEL LLC,<br><br>Defendants. | Case No.: 3:21-cv-00861-LB<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO MOVE OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** |

1  Plaintiffs David Moody and Julie Moody ("Plaintiffs") and the undersigned Defendants
2  (together with Plaintiffs, the "Parties"), hereby stipulate and agree as follows:
3  WHEREAS, Plaintiffs filed a Complaint on February 3, 2021 (Dkt. No. 1);
4  WHEREAS, Defendants' deadline to move or otherwise respond to the Complaint is
5  currently April 5, 2021;
6  WHEREAS, on February 5, 2021, the plaintiffs in *Cheng et al v. Ally Financial Inc. et al*, 21-
7  cv-00781 (N.D. Cal.), filed a Motion for Transfer of Actions to the Northern District of California
8  Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings ("Motion") with
9  the Judicial Panel on Multidistrict Litigation ("Panel"), and included this action on the schedule of
10 actions requested to be centralized;
11 WHEREAS, on February 9, 2021, the Panel accepted the Motion for filing as *In re January*
12 *2021 Short Squeeze Trading Litigation* (MDL No. 2989) and ordered an accelerated briefing
13 schedule;
14 WHEREAS, on March 1, 2021, Plaintiffs filed a response to the Motion, agreeing
15 that the cases should be centralized into one multidistrict litigation;
16 WHEREAS, a hearing on the Motion is scheduled for March 25, 2021;
17 WHEREAS, the Parties want the action to proceed in an orderly and efficient manner;
18 WHEREAS, this is the first extension that has been requested and the Parties have not
19 obtained any previous extensions;
20 WHEREAS, Civil Local Rule 6-1 permits the Parties to "stipulate in writing, without a Court
21 order, to extend the time within which to answer or otherwise respond to the complaint" so long as
22 "the change will not alter the date of any event or any deadline already fixed by Court order";
23 WHEREAS, the Parties have met and conferred and agreed to extend the deadline to move or
24 otherwise respond to the operative Complaint to April 30, 2021, or, if the transfer motion is granted,
25 until the date by which the transferee judge orders Defendants to move or otherwise respond to the
26 Complaint, whichever is later;
27 WHEREAS, Defendants do not waive, and expressly reserve, all available defenses and
28 challenges to jurisdiction; and

WHEREAS, such a stipulated extension would be without prejudice to Plaintiffs.

NOW THEREFORE, the Parties stipulate that:

1. Defendants' deadline to move or otherwise respond to the operative Complaint shall be extended to April 30, 2021, or, if the transfer motion is granted, until the date by which the transferee judge orders Defendants to move or otherwise respond to the Complaint, whichever is later.
2. The Parties may stipulate to a further extension of time to move or otherwise respond to the operative Complaint in this action.
3. Nothing herein shall prevent Defendants from moving for additional time to move or otherwise respond to the operative Complaint.

| | | |
|---|---|---|
| 1 | Dated: March 9, 2021 | By: /s/ C. Brandon Wisoff |
| 2 | | C. Brandon Wisoff (State Bar No. 121930) |
| 3 | | Eric D. Monek Anderson (State Bar No. 320934) |
| | | **Farella Braun + Martel LLP** |
| 4 | | 235 Montgomery Street, 17th Floor |
| | | San Francisco, California 94104 |
| 5 | | Telephone:  (415) 954-4400 |
| 6 | | Facsimile:  (415) 954-4480 |
| | | Email:  bwisoff@fbm.com |
| 7 | | Email:  emonekanderson@fbm.com |
| 8 | | Antony L. Ryan (*pro hac vice* application forthcoming) |
| 9 | | Kevin J. Orsini (*pro hac vice* application forthcoming) |
| | | Brittany L. Sukiennik (*pro hac vice* application forthcoming) |
| 10 | | **Cravath, Swaine & Moore LLP** |
| 11 | | New York, NY 10019 |
| | | Telephone:  (212) 474-1000 |
| 12 | | Facsimile:  (212) 474-3700 |
| | | Email:  aryan@cravath.com |
| 13 | | Email:  korsini@cravath.com |
| 14 | | Email:  bsukiennik@cravath.com |
| 15 | | *Counsel for Robinhood Financial LLC, Robinhood Securities, LLC and Robinhood Markets, Inc.* |
| 16 | | |
| 17 | Dated: March 9, 2021 | By: /s/ Eric M. Poulin |
| 18 | | |
| 19 | | ANASTOPOULO LAW FIRM, LLC |
| | | Eric M. Poulin |
| 20 | | CA State Bar No. 298476 |
| | | Roy T. Willey, IV (*Pro Hac Vice Forthcoming*) |
| 21 | | Blake G. Abbott (*Pro Hac Vice Forthcoming*) |
| 22 | | 32 Ann Street |
| | | Charleston, SC 29403 |
| 23 | | Tel: (843) 614-888 |
| | | Email: eric@akimlawfirm.com |
| 24 | | roy@akimlawfirm.com |
| 25 | | blake@akimlawfirm.com |
| | | *Attorneys for Plaintiffs and the proposed class* |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: March 9, 2021 | By: */s/ Adam L. Hoeflich* |
| 2 | | Adam L. Hoeflich |
| | | Dawson Robinson |
| 3 | | **Bartlit Beck LLP** |
| | | 54 W. Hubbard St., Ste. 300 |
| 4 | | Chicago, IL 60654 |
| | | Tel: (312) 494-4400 |
| 5 | | Fax: (312) 494-4440 |
| 6 | | Email: adam.hoeflich@bartlitbeck.com |
| | | Email: dawson.robinson@bartlitbeck.com |

Stephen A. Broome (Bar No. 314605)
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: stephenbroome@quinnemanuel.com

Justin Reinheimer (Bar No. 268868)
**Quinn Emanuel Urquhart & Sullivan, LLP**
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Email: justinreinheimer@quinnemanuel.com

William A. Burck (*pro hac vice*)
**Quinn Emanuel Urquhart & Sullivan, LLP**
1300 I Street NW Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
Email: williamburck@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
Christopher D. Kercher (*pro hac vice*)
**Quinn Emanuel Urquhart & Sullivan, LLP**
51 Madison Avenue, 22nd Floor,
New York, New York, 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: steigolson@quinnemanuel.com
Email: christopherkercher@quinnemanuel.com

*Attorneys for Citadel Securities LLC and Citadel Enterprise Americas LLC f/k/a Citadel LLC*

*JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND*
Case No. 3:21-cv-00861-LB

**ATTESTATION**

I, C. Brandon Wisoff, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with Local Rule 5-1(i)(3), I attest that concurrence in the filing in this document was obtained from the above signatories.

Dated: March 9, 2021                    FARELLA BRAUN + MARTEL LLP

By: _/s/ C. Brandon Wisoff_
      C. Brandon Wisoff

*Counsel for Defendants Robinhood Financial LLC, Robinhood Securities, LLC and Robinhood Markets, Inc.*

*JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND*
Case No. 3:21-cv-00861-LB