C. Brandon Wisoff (State Bar No. 121930)
Eric D. Monek Anderson (State Bar No. 320934)
**Farella Braun + Martel LLP**
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: emonekanderson@fbm.com
Email: bwisoff@fbm.com

Antony L. Ryan (*pro hac vice* application forthcoming)
Kevin J. Orsini (*pro hac vice* application forthcoming)
Brittany L. Sukiennik (*pro hac vice* application forthcoming)
**Cravath, Swaine & Moore LLP**
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Email: aryan@cravath.com
Email: korsini@cravath.com
Email: bsukiennik@cravath.com

Attorneys for Defendants Robinhood
Financial LLC, Robinhood Securities,
LLC, Robinhood Markets, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID MOODY and JULIE MOODY, on behalf of themselves and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>ROBINHOOD FINANCIAL LLC; ROBINHOOD SECURITIES, LLC; CITADEL SECURITIES LLC; CITADEL ENTERPRISE AMERICAS LLC F/K/A CITADEL LLC,<br><br>Defendants. | Case No.: 3:21-cv-00861-LB<br><br>**NOTICE OF APPEARANCE**<br><br>The Hon. Laurel Beeler |

TO THE HONORABLE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Eric D. Monek Anderson, of Farella Braun + Martel LLP, a limited liability partnership, hereby appears as counsel for Defendants Robinhood Markets, Inc., Robinhood Financial LLC and Robinhood Securities, LLC. I am a member of the State Bar of California and am admitted to practice in the Northern District of California. My address, telephone number and email are as follows:

> Eric D. Monek Anderson (State Bar No. 320934)
> Farella Braun + Martel LLP
> 235 Montgomery Street, 17th Floor
> San Francisco, California 94104
> Telephone: (415) 954-4400
> Facsimile: (415) 954-4480
> emonekanderson@fbm.com

I hereby request that copies of all pleadings and papers filed in connection with the above-captioned action be served upon me.

Dated: March 9, 2021                FARELLA BRAUN + MARTEL LLP

                                    By: */s/ Eric Monek Anderson*
                                        Eric D. Monek Anderson

                                    Attorneys for Defendants
                                    ROBINHOOD FINANCIAL LLC, et al.

39900\13983680.1